STEPHEN J. SORENSON, Acting United States Attorney (#3049)
PAUL F. GRAF, Special Assistant United States Attorney (#1229)
Attorneys for the United States of America
192 East 200 North, Suite 200
St. George, Utah 84770
Telephone: (435) 634-2480

**FILED**
MAY 3 0 2006
ROBERT T. BRAITHWAITE
U.S. MAGISTRATE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISDEMEANOR INFORMATION |
| Plaintiff, | # 2:06-CR-370 |
| vs. | 21 U.S.C. 844; SIMPLE POSSESSION OF A |
| BRETT M. WHITE, | CONTROLLED SUBSTANCE |
| | 43 CFR 8365.1-6 MINOR IN POSSESSION OF ALCOHOL |
| Defendant. | Magistrate Judge Robert T. Braithwaite |

The United States Attorney charges:

COUNT I

On or about May 20, 2006, on public lands administered by the U.S. Bureau of Land Management, in the District of Utah, BRETT M. WHITE, the defendant herein, did knowingly or intentionally possess a controlled substance (to wit: marijuana) as described in the Statement of Probable Cause attached and incorporated as though set forth fully herein; all in violation of 21 U.S.C. 844.

COUNT II

On or about May 20, 2006, on public lands administered by the U.S. Bureau of

Land Management, in the District of Utah, BRETT M. WHITE, the defendant herein and a person under 21 years, did possess, or consume an alcoholic beverage or product (as described in the Statement of Probable Cause attached and incorporated as though set forth fully herein); all in violation of 43 CFR 8365.1-6.

DATED this _____ day of May, 2006.

                                      STEPHEN J. SORENSON
                                      Acting United States Attorney

                                      Paul F. Graf
                                      Special Assistant U.S. Attorney

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 5-20, 20 06 while exercising my duties as a law enforcement officer in the District of UTAH

I observed WHITE lighting, smoking, and sharing an object in a manner consistent with illegal drug use. Upon contact the object was found to be a brass colored pipe with the odor of burning marijuana about it.

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/23/06    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on __5-2-0__, 20__06__, while exercising my duties as a law enforcement officer in the _____ District of __Arizona__

I contacted WHITE at a camp where alcoholic beverages were present. He was found to be under 21 years of age. He advised that he had been drinking. His eyes were reddened and a portable alcohol sensor indicated a breath alcohol content of 0.024%.

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above an on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __5/23/06__  _[signature]_
　　　　　　　Date (mm/dd/yyyy)　　Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
　　　　　　　Date (mm/dd/yyyy)　　U.S. Magistrate Judge